**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| **BEST MATTRESSES INTERNATIONAL COMPANY LIMITED AND ROSE LION FURNITURE INTERNATIONAL COMPANY LIMITED,** ) ) ) ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **Consol. Ct. No. 21-00281** |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant,** ) | |
| **and** ) | |
| ) | |
| **BROOKLYN BEDDING, LLC ET AL.,** ) | |
| ) | |
| **Defendant-Intervenors.** ) | |
| ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Best Mattresses International Company Limited and Rose Lion Furniture International Company Limited (collectively, "Best Mattresses") respectfully submit this Notice of Supplemental Authority to advise the Court of Senior Judge Timothy C. Stanceu's opinion in Mosaic Co. v. United States, No. 21-00116, 2021 Ct. Intl. Trade LEXIS 132 (Oct. 4, 2021) (order granting an open-ended statutory injunction). This decision, which was issued subsequent to Best Mattresses' response to the United States' partial opposition to Best Mattresses' motion for a statutory injunction, see Resp. to Def.'s Partial Opp'n to Pls.' Mot. for Statutory Inj. (Sept. 1, 2021), ECF No. 28, refutes the United States' arguments opposing an open-ended injunction. Similar to the instant case, in Mosaic, the United States consented to an injunction covering entries up to the last day of the first administrative review period but opposed an open-ended injunction covering all subject entries. See Mosaic, 2021 Ct. Intl. LEXIS 132, at *6. The Court in Mosaic

found it unnecessary to put "temporal limitations" on an injunction when the contested administrative decision is the Order itself. <u>Id.</u> at *15. The Court further considered it significant that the administrative decision appealed by the plaintiff was an investigation, not an administrative review, and held that irreparable harm "already exists, having arisen upon the publication of the {} Order." <u>Id.</u> at *12. <u>Mosaic Co. v. United States</u> is directly relevant to this Court's consideration of Best Mattresses' July 30, 2021 Motion for Statutory Injunction.

Respectfully submitted,

Dated: <u>October 5, 2021</u>            <u>/s/ Jeffrey S. Grimson</u>

Jeffrey S. Grimson
Kristin H. Mowry
Sarah M. Wyss
Wenhui (Flora) Ji
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW, Suite 810
Washington, D.C. 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Best Mattresses International Company*
*Limited and Rose Lion Furniture International*
*Company Limited*