United States Court of International Trade
One Federal Plaza
New York, NY 10278

**CHAMBERS OF**
**Gary S. Katzmann**

February 17, 2023

Jeffrey S. Grimson
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW, Ste. 810
Washington, D.C. 20015

Yohai Baisburd
Cassidy Levy Kent (USA) LLP
900 19th Street, NW, Ste. 400
Washington, D.C. 20006

Kara M. Westercamp
U.S. Department of Justice
Commercial Litigation Branch, Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Re:   **Best Mattresses International Co. v. United States**
      Consol. Court No.: 21-00281

Dear Counselors:

    It is my intention to issue the opinion in the above-captioned case as a redacted public document. The court has double-bracketed information that has been designated as confidential in the underlying record. But out of an abundance of caution, I would like you to review the opinion and inform the court by no later than 5:00 p.m. on Thursday, February 23, 2023 via ECF, of the following:

1. Whether any information not already in brackets is confidential and should be double-bracketed in the public version; or

2. Whether any information already in brackets is not confidential and should not be double-bracketed in the public version.

    If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

Sincerely,

*/s/ Gary S. Katzmann*
Gary S. Katzmann
Judge
